**Order entered March 16, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00345-CV

### IN RE A.H., Relator

**Original Proceeding from the County Court
Kaufman County, Texas
Trial Court Cause No. 87976-CC**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus. Although we have reviewed relator's petition and supporting appendix in determining this petition for writ of mandamus, because the attached appendix supporting the petition includes unredacted information that identifies the relator's minor children, we **STRIKE** relator's petition and supporting appendix. TEX. R. APP. P. 9.9(b). We **ORDER** relator to bear the costs of this original proceeding.

/s/    CRAIG STODDART
JUSTICE